In the Matter of Supplementary Proceedings: HAROLD G. McGARY v. CHARLES A. LEITCH.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

S. FREDERIC TAYLOR v. ANGEL INTERNATIONAL CORPORATION.— Motion granted on condition that defendant file a surety bond in the sum of $4,000 (penal sum of $8,000) to pay, in the event of affirmance, costs, all stamp taxes, and damages for depreciation between the date of entry of judgment and date of service of the order of affirmance. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PHILIP SCHEINER v. METROPOLITAN LAMP Co., INC., and Others.— Motion granted in so far as to stay the operation of the order respecting service of an amended complaint until the determination of appeal, provided that same be promptly prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES V. BOB v. AUGUST HECKSHER and Others, Impleaded, etc.— Motion granted in so far as to stay the operation of the order respecting service of an amended complaint until the determination by this court of the appeal, provided said appeal is diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERNARD GOODWIN v. ARTHUR C. MOWER.— Motion denied, without prejudice to a motion by defendant at Special Term for settlement of the case on appeal. For the purposes of said motion for settlement, the record on file in this court may be withdrawn. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES L. ALBERTI v. WARDEN OF THE SHERIFF'S JAIL OF THE COUNTY OF NEW YORK and HARRY BIJUR and Another.— Motion denied with leave to renew at Special Term the motion for resettlement of the order sustaining the writ of habeas corpus on additional papers. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ROSE GALL for an Order Dissolving Her Marriage with JOHN GALL Pursuant to Section 7-a of the Domestic Relations Law.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RAISLER HEATING COMPANY v. ELDORADO TOWERS CORPORATION and Others and WILLIAM HEYMAN and RELIANCE BRONZE AND STEEL CORPORATION.— Motion granted so far as to extend the time of the defendant, appellant, to answer the pleading of the defendant, respondent, Reliance Bronze and Steel Corporation, until five days after the service of order of this court determining appeal. Stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH WEINTRAUB v. JULIUS TOMPKINS and Others.— Stay granted only on condition that a surety company bond be furnished to pay taxes and interest which will accrue pending the stay, costs and readvertising expenses. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.